IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02:05cr0367-01 |
| | ) | |
| TIMOTHY D. HALL | ) | |

**ORDER OF COURT**

Before the Court for disposition is the MOTION IN LIMINE AND/OR MOTION TO STIPULATE TO § 922(g)(1)'s PRIOR - CONVICTION ELEMENT filed by Defendant, Timothy D. Hall (Document No. 37), and the Government's Response (Document No. 39).

The government has represented that it "agrees to a stipulation whereby the defendants admit to being previously convicted to a crime punishable by imprisonment exceeding one year." Govt's response at 2.

According, this 19th day of January, 2006, it is hereby **ORDERED** that the Motion in Limine And/or Motion to Stipulate to § 922(g)(1)'s Prior - Conviction Element is **GRANTED**.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:     Ross E. Lenhardt,
        Assistant U.S. Attorney
        Email: Ross.Lenhardt@usdoj.gov

        G. William Bills, Jr., Esquire
        Email: gwilliambills@yahoo.com