IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02: 05cr0367 |
| | ) | |
| TIMOTHY D. HALL | ) | |

**ORDER OF COURT**

**AND NOW**, this 5th day of September, 2006, it is hereby ORDERED, ADJUDGED AND DECREED that the SUPPLEMENTAL MOTION TO SUPPRESS EVIDENCE filed by Defendant Timothy D. Hall (*Document No. 72*) is **DENIED** for the reasons stated in the Court's previous Memorandum Opinion and Order dated July 5, 2006.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Ross E. Lenhardt,
Assistant U.S. Attorney
Email: Ross.Lenhardt@usdoj.gov

Adam B. Cogan, Esquire
Email: ADAMCOGAN@aol.com